**RECEIVED**
IN LAKE CHARLES, LA

JUN 1 6 2009
*per*
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **CLIFFORD GILL** <br> LA. DOC #97586 | **CIVIL ACTION NO. 08-0910** <br> **SECTION P** |
| **VS.** | **JUDGE MINALDI** |
| **WARDEN TERRY TERRELL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this pleading be construed as a petition for *habeas corpus* and that it be **DENIED AND DISMISSED WITH PREJUDICE** because Gill's claims are procedurally barred, barred by the one-year limitation period codified at 28 U.S.C. §2244(d), and, because he fails to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 15 day of June, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE