**RECEIVED**
IN LAKE CHARLES, LA

JUL 2 4 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CLIFFORD GILL** | **CIVIL ACTION NO. 2:08CV910** |
| **VERSUS** | **JUDGE MINALDI** |
| **WARDEN ALLEN CORRECTIONAL CENTER** | **MAGISTRATE JUDGE KAY** |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lake Charles, Louisiana, this 24 day of July, 2009.

Patricia Minaldi
UNITED STATES DISTRICT JUDGE