# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CLIFFORD GILL | : | DOCKET NO. 2:08 CV 0910 |
| VS. | : | JUDGE MINALDI |
| TERRY TERRELL, WARDEN | : | MAGISTRATE JUDGE KAY |

## ORDER

Before the Court is an application for a certificate of appealability, filed by the petitioner Clifford Gill on July 9, 2009 [doc. 10]. Because the application for a certificate of appealability is identical to the application filed on July 7, 2009, [doc. 9],

IT IS ORDERED that the certificate of appealability, [doc. 10], is hereby MOOT.

Lake Charles, Louisiana, this 27 day of July, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE